E. H. SCOTT LUMBER CO. v. NEAL LUMBER & MANUFACTURING CO.

150 So. 593.
Division B.
Opinion Filed September 22, 1933.
Rehearing Denied Nov. 10, 1933.

*James H. Finch* and *H. V. McClellan,* for Plaintiff in Error;

*T. C. Ray* and *Carter & Pierce,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein granting a new trial, and briefs and arguments of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems

to the Court that there is no error in the said order; it is, therefore, considered, ordered and decreed by the Court that the said order of the circuit court be, and the same is hereby affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS and BUFORD, J. J., concur.

BROWN, J., dissents.